**IT IS ORDERED as set forth below:**

Date: April 22, 2010

_____
Margaret H. Murphy
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO 09-92232-MHM |
| | : |
| MARCUS DION HUDSON | : CHAPTER 7 |
|     Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| BAC HOME LOANS SERVICING, LP | : |
| FKA COUNTRYWIDE HOME LOANS | : |
| SERVICING, LP, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| MARCUS DION HUDSON | : |
| MARTHA A. MILLER, Trustee | : |
|     Respondents. | : |
| | : |

**ORDER MODIFYING AUTOMATIC STAY**

BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") March 25, 2010 (Doc. No. 27), which was set for hearing **April 20, 2010** (the "Hearing").  Movant seeks relief as to Debtor`s real property located in

Fulton County, Georgia, now or formerly known as 4899 WOLFCREEK VIEW, COLLEGE PARK, GA 30349 (the "Property"), as more particularly described on Exhibit "A" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. Neither Debtor nor the Trustee oppose the relief sought; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful debt and the expenses of sale incurred by Movant (if allowed by law and the Note) shall be promptly remitted to the Chapter 7 Trustee. Movant may also, at its option, offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loss mitigation agreement. Entry of this Order, however, does not absolve the Debtor of any Court required duty to file all necessary pleadings, modifications, and amendments regarding any possible loss mitigation agreement.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/Lisa F. Caplan
Lisa F. Caplan
Attorney for Movant
Georgia State Bar No. 001304
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court, Suite 100
Norcross, GA 30092
(888) 890-5309
lcaplan@rubinlublin.com

DISTRIBUTION LIST

MARCUS DION HUDSON
7128 LAMAR COURT
LITHONIA, GA 30038

RONICA R. SCALES, Esq.
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303

Martha A. Miller, Trustee
Martha A. Miller, PC
229 Peachtree Street, NE, Suite 2415
Atlanta, GA 30303

United States Trustee - Atlanta
Office of the US Trustee
75 Spring Street, SW, Suite 362
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court, Suite 100
Norcross, GA 30092